IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROYAL MERCHANT HOLDINGS, LLC, <br><br> Petitioner, <br><br> v. <br><br> TRAEGER PELLET GRILLS, LLC, <br><br> Respondent. | ORDER <br><br> Case No. 2:19-MC-108 <br><br> District Judge Dee Benson <br><br> Magistrate Judge Evelyn J. Furse |

Before the Court is the Report and Recommendation issued by the magistrate judge on June 14, 2019 (Dkt. No. 27), recommending that the court dismiss this action for lack of subject matter jurisdiction and deny as moot Royal's Petition to Compel Compliance with Arbitral Subpoena (Dkt. No. 2) and Traeger's Short Form Discovery Motion to Quash or Modify Arbitral Subpoena. (Dkt. No. 12.)

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. As of the date of this Order, no objection has been filed to the Report and Recommendation.

De novo review of all materials, including the record that was before the magistrate judge and the reasoning set forth in the Report and Recommendation, has been completed. The analysis and conclusion of the magistrate judge are correct and the Report and Recommendation will be adopted.

IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. No. 27) is hereby ADOPTED and this action is DISMISSED for lack of subject matter jurisdiction.

Signed July 2, 2019

BY THE COURT

District Judge Dee Benson